UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JOLLY ROGER OFFSHORE FUND and JOLLY ROGER FUND LP, Individually and On Behalf Of All Others Similarly Situated,

                Plaintiffs,

vs.

BKF CAPITAL GROUP, INC., GLENN A. AIGEN, and JOHN A. LEVIN,

                Defendants.

Case No. 07 CIV 3923

Rule 7.1 Statement



Pursuant to Federal Rule of Civil Procedures 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Jolly Roger Offshore Fund and Jolly Roger Fund LP (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries, of said party which are publicly held: None.

Date: 5/18/07

Andrei V. Rado (AR-3724)