UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOLLY ROGER OFFSHORE FUND, et al.,

                       Plaintiffs,

  Vs

BKF CAPITAL GROUP, INC., et al.,

                       Defendants.

**Case No.**
**07 Civ. 3923**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On May 22, 2007 at 11:45 a.m. at 595 Madison Avenue, New York, NY 10022, I served the within SUMMONS, COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET, 3RD AMENDED INSTRUCTIONS FOR ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN and GUILDLINES FOR ELECTRONIC CAS FILING on JOHN A. LEVIN, defendant therein named, by delivering a true copy of same to DAWN EKBOM, a person of suitable age and discretion at the defendant's actual place of business.

On May 22, 2007, I mailed a copy of the above documents to the defendant c/o Levin Capital Strategies, at 595 Madison Avenue, New York, NY 10022, his actual place of business, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white female, brown hair, 25-35 years old, 5'0"-5'4" in height, 170-180 pounds.

                                                                      *Julio Delara*
                                                                      Julio Delara
                                                                      License No. 991178

Sworn to before me this
22nd day of May 2007

*[signature]*
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20__

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

AO 440 (Rev. 10/93) Summons In a Civil Action

**United States District Court**

SOUTHERN    DISTRICT OF    NEW YORK

JOLLY ROGER OFFSHORE FUND and JOLLY
ROGER FUND LP, Individually and On
Behalf of All Others Similarly Situated,

        Plaintiffs,

V.

BKF CAPITAL GROUP, INC., GLENN A. AIGEN,
And JOHN A. LEVIN,

        Defendants.

**SUMMONS IN A CIVIL CASE**

**'07 CIV 3923**

**JUDGE SWEET**

TO: (Name and address of defendant)

| BKF Capital Group, Inc. | Glenn A. Aigen | John A. Levin |
|---|---|---|
| One Rockefeller Plaza | c/o BKF Capital Group, Inc. | c/o BKF Capital Group, Inc. |
| New York, NY 10020 | One Rockefeller Plaza | One Rockefeller Plaza |
| | New York, NY 10020 | New York, NY 10020 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Keller, Esq.
Andrei Rado, Esq.
Alan I. Ellman, Esq.
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

and answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

BY DEPUTY CLERK

DATE MAY 18 2007