UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
JOLLY ROGER OFFSHORE FUND LTD and   :
JOLLY ROGER FUND LP, Individually, and   :
On Behalf of All Others Similarly Situated,   :   Electronically Filed
                                            :
            Plaintiff,                      :   Civil Action No.: 1:07-cv-03923-RWS
                                            :   (ECF Case)
       v.                                   :
                                            :   Hon. Robert W. Sweet
BKF CAPITAL GROUP, INC.,                    :
GLENN A. AIGEN and JOHN A. LEVIN,           :
                                            :
            Defendants.                     :
------------------------------------------------------------- x

**MOTION OF THE JOLLY ROGER OFFSHORE FUND LTD AND JOLLY ROGER FUND LP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE that class members Jolly Roger Offshore Fund LTD and Jolly Roger Fund LP (the "Jolly Roger Funds" or "Movant") by their counsel, hereby move this Court for an Order: (i) appointing the Jolly Roger Funds as Lead Plaintiff; (ii) approving the Jolly Roger Funds' selection of Labaton Sucharow & Rudoff LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this motion, the Jolly Roger Funds submit herewith a Memorandum of Law and Declaration of Alan I. Ellman.

Dated: July 17, 2007               Respectfully submitted,

**LABATON SUCHAROW & RUDOFF LLP**

By:  */s/ Christopher J. Keller*
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
100 Park Avenue
New York, New York 10017
Telephone:   (212) 907-0700
Facsimile:    (212) 818-0477

*Attorneys for the Jolly Roger Funds and Proposed Lead Counsel for the Class*

**KAHN GAUTHIER SWICK, LLC**
Lewis Kahn
Michael A. Swick
650 Poydras St., Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498