**Exhibit A**

## CERTIFICATION

I, Thomas Richard Hudson Jr., Manager of Pirate Capital LLC, which is the investment advisor for the Jolly Roger Fund LP and Jolly Roger Offshore Fund LTD (the "Jolly Roger Funds"), hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of the Jolly Roger Funds. I have reviewed a complaint prepared against BKF Capital Group Inc. ("BKF") alleging violations of the federal securities laws;

2. The Jolly Roger Funds did not purchase securities of BKF at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. The Jolly Roger Funds are willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. The Jolly Roger Funds' transactions in the securities of BKF as reflected in Exhibit A, are attached hereto;

5. The Jolly Roger Funds have not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years;

6. Beyond its pro rata share of any recovery, the Jolly Roger Funds will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 20 day of March, 2007.

*Thomas Richard Hudson Jr.*
*Manager*
*Pirate Capital LLC*

## EXHIBIT A
## TRANSACTIONS IN BKF CAPITAL GROUP INC.

| Transaction Type (Purchase/Sale) | Trade Date | No. Of Shares | Price per share | Cost/Proceeds |
|---|---|---|---|---|
| Buy | 09/10/04 | 500.00 | $ 28.34 | $ (14,170.00) |
| Buy | 09/10/04 | 500.00 | $ 28.35 | $ (14,175.00) |
| Buy | 09/27/04 | 1,000.00 | $ 28.35 | $ (28,350.00) |
| Buy | 09/30/04 | 500.00 | $ 29.00 | $ (14,500.00) |
| Buy | 10/12/04 | 100.00 | $ 30.74 | $ (3,074.00) |
| Buy | 10/12/04 | 5,000.00 | $ 30.90 | $ (154,500.00) |
| Buy | 10/12/04 | 5,000.00 | $ 31.25 | $ (156,250.00) |
| Buy | 10/12/04 | 2,100.00 | $ 30.75 | $ (64,575.00) |
| Buy | 10/12/04 | 400.00 | $ 31.24 | $ (12,496.00) |
| Buy | 10/12/04 | 5,000.00 | $ 31.15 | $ (155,750.00) |
| Buy | 10/12/04 | 4,600.00 | $ 31.25 | $ (143,750.00) |
| Buy | 10/14/04 | 300.00 | $ 30.49 | $ (9,147.00) |
| Buy | 10/14/04 | 4,200.00 | $ 30.50 | $ (128,100.00) |
| Buy | 10/19/04 | 600.00 | $ 29.99 | $ (17,994.00) |
| Buy | 10/19/04 | 4,400.00 | $ 30.00 | $ (132,000.00) |
| Buy | 10/19/04 | 300.00 | $ 29.90 | $ (8,970.00) |
| Buy | 11/02/04 | 5,000.00 | $ 32.00 | $ (160,000.00) |
| Buy | 11/29/04 | 5,000.00 | $ 32.85 | $ (164,250.00) |
| Buy | 11/29/04 | 1,700.00 | $ 32.15 | $ (54,655.00) |
| Buy | 11/29/04 | 5,000.00 | $ 32.30 | $ (161,500.00) |
| Buy | 11/29/04 | 5,000.00 | $ 32.55 | $ (162,750.00) |
| Buy | 11/29/04 | 5,000.00 | $ 32.65 | $ (163,250.00) |
| Buy | 11/29/04 | 5,000.00 | $ 33.00 | $ (165,000.00) |
| Buy | 11/29/04 | 5,000.00 | $ 33.00 | $ (165,000.00) |
| Buy | 11/30/04 | 5,000.00 | $ 32.10 | $ (160,500.00) |
| Buy | 11/30/04 | 5,000.00 | $ 32.05 | $ (160,250.00) |
| Buy | 12/07/04 | 500.00 | $ 32.51 | $ (16,255.00) |
| Buy | 12/13/04 | 4,900.00 | $ 32.10 | $ (157,290.00) |
| Buy | 12/15/04 | 100.00 | $ 32.68 | $ (3,268.00) |
| Buy | 12/15/04 | 20,000.00 | $ 33.93 | $ (678,604.00) |
| Buy | 12/15/04 | 4,700.00 | $ 33.25 | $ (156,275.00) |
| Buy | 12/15/04 | 200.00 | $ 33.19 | $ (6,638.00) |
| Buy | 12/15/04 | 5,900.00 | $ 33.93 | $ (200,188.18) |
| Buy | 12/23/04 | 200.00 | $ 35.51 | $ (7,102.00) |
| Buy | 12/27/04 | 7,000.00 | $ 36.00 | $ (251,976.20) |
| Buy | 12/28/04 | 1,300.00 | $ 36.00 | $ (46,800.00) |
| Buy | 03/16/05 | 500.00 | $ 40.49 | $ (20,245.00) |
| Buy | 03/16/05 | 200.00 | $ 40.48 | $ (8,096.00) |
| Buy | 03/16/05 | 5,000.00 | $ 40.25 | $ (201,250.00) |
| Buy | 03/16/05 | 4,300.00 | $ 40.50 | $ (174,150.00) |
| Buy | 03/17/05 | 5,000.00 | $ 39.80 | $ (199,000.00) |
| Buy | 03/17/05 | 1,100.00 | $ 39.60 | $ (43,560.00) |
| Buy | 03/17/05 | 600.00 | $ 39.60 | $ (23,760.00) |
| Buy | 03/17/05 | 5,000.00 | $ 39.70 | $ (198,500.00) |

| | | | | | | |
|---|---|---:|---|---:|---|---:|
| Buy | 03/31/05 | 200.00 | $ | 40.00 | $ | (8,000.00) |
| Buy | 03/31/05 | 1,000.00 | $ | 39.99 | $ | (39,990.00) |
| Buy | 03/31/05 | 400.00 | $ | 39.95 | $ | (15,980.00) |
| Buy | 04/01/05 | 21,300.00 | $ | 39.98 | $ | (851,493.06) |
| Buy | 04/07/05 | 5,000.00 | $ | 40.50 | $ | (202,500.00) |
| Buy | 04/26/05 | 5,000.00 | $ | 35.20 | $ | (176,000.00) |
| Buy | 04/26/05 | 5,000.00 | $ | 35.45 | $ | (177,250.00) |
| Sale | 04/22/05 | (6,200.00) | $ | 38.00 | $ | 235,600.00 |
| Sale | 04/22/05 | (3,300.00) | $ | 38.00 | $ | 125,400.00 |
| Sale | 04/22/05 | (2,600.00) | $ | 38.00 | $ | 98,800.00 |
| Sale | 04/22/05 | (900.00) | $ | 38.01 | $ | 34,209.00 |
| Sale | 04/22/05 | (700.00) | $ | 38.02 | $ | 26,614.00 |
| Sale | 06/14/05 | (9,000.00) | $ | 38.51 | $ | 346,623.30 |
| Sale | 06/15/05 | (6,000.00) | $ | 38.50 | $ | 231,000.00 |
| Sale | 06/17/05 | (9,800.00) | $ | 39.25 | $ | 384,651.96 |
| Sale | 06/17/05 | (20,300.00) | $ | 39.25 | $ | 796,779.06 |
| Sale | 06/20/05 | (2,000.00) | $ | 39.25 | $ | 78,500.00 |
| Sale | 08/24/05 | (15,000.00) | $ | 34.23 | $ | 513,375.00 |
| Sale | 08/25/05 | (7,000.00) | $ | 34.98 | $ | 244,885.20 |
| Sale | 09/07/05 | (900.00) | $ | 33.54 | $ | 30,184.02 |
| Sale | 09/19/05 | (500.00) | $ | 30.82 | $ | 15,410.00 |
| Sale | 09/28/05 | (57,900.00) | $ | 32.25 | $ | 1,867,280.79 |
| Sale | 10/03/05 | (5,800.00) | $ | 31.03 | $ | 179,976.90 |