# Exhibit B

**Pirate Capital LLC**

**Loss Analysis in BKF Capital**

Class period: 5/10/04 to 10/18/05

| Transaction | Trade Date | Amount | Price per share | Cost/Proceeds |
|---|---|---|---|---|
| Buy | 09/10/04 | 500.00 | $ 28.34 | $ (14,170.00) |
| Buy | 09/10/04 | 500.00 | $ 28.35 | $ (14,175.00) |
| Buy | 09/27/04 | 1,000.00 | $ 28.35 | $ (28,350.00) |
| Buy | 09/30/04 | 500.00 | $ 29.00 | $ (14,500.00) |
| Buy | 10/12/04 | 100.00 | $ 30.74 | $ (3,074.00) |
| Buy | 10/12/04 | 5,000.00 | $ 30.90 | $ (154,500.00) |
| Buy | 10/12/04 | 5,000.00 | $ 31.25 | $ (156,250.00) |
| Buy | 10/12/04 | 2,100.00 | $ 30.75 | $ (64,575.00) |
| Buy | 10/12/04 | 400.00 | $ 31.24 | $ (12,496.00) |
| Buy | 10/12/04 | 5,000.00 | $ 31.15 | $ (155,750.00) |
| Buy | 10/12/04 | 4,600.00 | $ 31.25 | $ (143,750.00) |
| Buy | 10/14/04 | 300.00 | $ 30.49 | $ (9,147.00) |
| Buy | 10/14/04 | 4,200.00 | $ 30.50 | $ (128,100.00) |
| Buy | 10/19/04 | 600.00 | $ 29.99 | $ (17,994.00) |
| Buy | 10/19/04 | 4,400.00 | $ 30.00 | $ (132,000.00) |
| Buy | 10/19/04 | 300.00 | $ 29.90 | $ (8,970.00) |
| Buy | 11/02/04 | 5,000.00 | $ 32.00 | $ (160,000.00) |
| Buy | 11/29/04 | 5,000.00 | $ 32.85 | $ (164,250.00) |
| Buy | 11/29/04 | 1,700.00 | $ 32.15 | $ (54,655.00) |
| Buy | 11/29/04 | 5,000.00 | $ 32.30 | $ (161,500.00) |
| Buy | 11/29/04 | 5,000.00 | $ 32.55 | $ (162,750.00) |
| Buy | 11/29/04 | 5,000.00 | $ 32.65 | $ (163,250.00) |
| Buy | 11/29/04 | 5,000.00 | $ 33.00 | $ (165,000.00) |
| Buy | 11/29/04 | 5,000.00 | $ 33.00 | $ (165,000.00) |
| Buy | 11/30/04 | 5,000.00 | $ 32.10 | $ (160,500.00) |
| Buy | 11/30/04 | 5,000.00 | $ 32.05 | $ (160,250.00) |
| Buy | 12/07/04 | 500.00 | $ 32.51 | $ (16,255.00) |
| Buy | 12/13/04 | 4,900.00 | $ 32.10 | $ (157,290.00) |
| Buy | 12/15/04 | 100.00 | $ 32.68 | $ (3,268.00) |
| Buy | 12/15/04 | 20,000.00 | $ 33.93 | $ (678,604.00) |
| Buy | 12/15/04 | 4,700.00 | $ 33.25 | $ (156,275.00) |
| Buy | 12/15/04 | 200.00 | $ 33.19 | $ (6,638.00) |
| Buy | 12/15/04 | 5,900.00 | $ 33.93 | $ (200,188.18) |
| Buy | 12/23/04 | 200.00 | $ 35.51 | $ (7,102.00) |
| Buy | 12/27/04 | 7,000.00 | $ 36.00 | $ (251,976.20) |
| Buy | 12/28/04 | 1,300.00 | $ 36.00 | $ (46,800.00) |
| Buy | 03/16/05 | 500.00 | $ 40.49 | $ (20,245.00) |
| Buy | 03/16/05 | 200.00 | $ 40.48 | $ (8,096.00) |
| Buy | 03/16/05 | 5,000.00 | $ 40.25 | $ (201,250.00) |
| Buy | 03/16/05 | 4,300.00 | $ 40.50 | $ (174,150.00) |
| Buy | 03/17/05 | 5,000.00 | $ 39.80 | $ (199,000.00) |
| Buy | 03/17/05 | 1,700.00 | $ 39.60 | $ (67,320.00) |
| Buy | 03/17/05 | 5,000.00 | $ 39.70 | $ (198,500.00) |

**Pirate Capital LLC**

**Loss Analysis in BKF Capital**

Class period: 5/10/04 to 10/18/05

| Transaction | Trade Date | Amount | Price per share | | Cost/Proceeds | | |
|---|---|---|---|---|---|---|---|
| Buy | 03/31/05 | 200.00 | $ | 40.00 | $ | (8,000.00) | |
| Buy | 03/31/05 | 1,000.00 | $ | 39.99 | $ | (39,990.00) | |
| Buy | 03/31/05 | 400.00 | $ | 39.95 | $ | (15,980.00) | |
| Buy | 04/01/05 | 21,300.00 | $ | 39.98 | $ | (851,493.06) | |
| Buy | 04/07/05 | 5,000.00 | $ | 40.50 | $ | (202,500.00) | |
| Buy | 04/26/05 | 5,000.00 | $ | 35.20 | $ | (176,000.00) | |
| Buy | 04/26/05 | 5,000.00 | $ | 35.45 | $ | (177,250.00) | |
| | *Total purchases:* | *185,600.00* | | | *$* | *(6,439,126.44)* | |
| Sale | 04/22/05 | (6,200.00) | $ | 38.00 | $ | 235,600.00 | |
| Sale | 04/22/05 | (3,300.00) | $ | 38.00 | $ | 125,400.00 | |
| Sale | 04/22/05 | (2,600.00) | $ | 38.00 | $ | 98,800.00 | |
| Sale | 04/22/05 | (900.00) | $ | 38.01 | $ | 34,209.00 | |
| Sale | 04/22/05 | (700.00) | $ | 38.02 | $ | 26,614.00 | |
| Sale | 06/14/05 | (9,000.00) | $ | 38.51 | $ | 346,623.30 | |
| Sale | 06/15/05 | (6,000.00) | $ | 38.50 | $ | 231,000.00 | |
| Sale | 06/17/05 | (9,800.00) | $ | 39.25 | $ | 384,651.96 | |
| Sale | 06/17/05 | (20,300.00) | $ | 39.25 | $ | 796,779.06 | |
| Sale | 06/20/05 | (2,000.00) | $ | 39.25 | $ | 78,500.00 | |
| Sale | 08/24/05 | (15,000.00) | $ | 34.23 | $ | 513,375.00 | |
| Sale | 08/25/05 | (7,000.00) | $ | 34.98 | $ | 244,885.20 | |
| Sale | 09/07/05 | (900.00) | $ | 33.54 | $ | 30,184.02 | |
| Sale | 09/19/05 | (500.00) | $ | 30.82 | $ | 15,410.00 | |
| Sale | 09/28/05 | (57,900.00) | $ | 32.25 | $ | 1,867,280.79 | |
| Sale | 10/03/05 | (5,800.00) | $ | 31.03 | $ | 179,976.90 | 5,209,289.23 |
| *Sale* | *10/19/05* | *(36,700.00)* | *$* | *17.11* | *$* | *627,937.00* * | |
| *Sale* | *10/24/05* | *(1,000.00)* | *$* | *17.10* | *$* | *17,099.00* * | |
| | *Total sales:* | *(185,600.00)* | | | *$* | *5,854,325.23* | |
| | *Retained purchases:* | *0.00* | $ | - | $ | - | |
| | | (147,900.00) | | **LOSS:** | $ | (584,801.21) | |

*For sales after the class period, price used is the higher of either the actual sale price or the average price up to the date of sale.