**Exhibit C**

4                                                              Equity **NCN**

| Search | GO | Options | Related Info | PZM May 18 2007 21:46:32 |

Labaton Sucharow & Rudoff LLP Files Class Action Lawsuit Against          Page 1/4

\*T
    Labaton Sucharow & Rudoff LLP Files Class Action Lawsuit
        Against BKF Capital Group, Inc. -- BKFG
\*T
NEW YORK, May 18, 2007 (PRIME NEWSWIRE) -- Labaton Sucharow & Rudoff
LLP filed a class action lawsuit on May 18, 2007 in the United States
District Court for the Southern District of New York, on behalf of
persons who purchased or otherwise acquired publicly traded securities
of BKF Capital Group, Inc. ("BKF" or the "Company") (Pink Sheets:BKFG)
between May 10, 2004 and October 18, 2005, inclusive, (the "Class
Period"). The lawsuit was filed against BKF, Glenn A. Aigen and John A.
Levin ("Defendants").

If you are a member of this class you can view a copy of the complaint
and join this class action online at
http://www.labaton.com/en/about/press/BKF-Press-Release.cfm

The complaint alleges that Defendants violated Sections 10(b) and 20(a)
of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated
thereunder. Specifically, the complaint alleges that during the Class

```
<MENU> to return to headlines.                                    Equity NCN

 Search            [       ] GO | Options | Related Info | PZM May 18 2007 21:46:32
 Labaton Sucharow & Rudoff LLP Files Class Action Lawsuit Against    Page 2/4
```

Period, Defendants issued a series of false and misleading statements concerning the Company. These statements were materially false and misleading when made because: (1) throughout the Class Period, as a result of Defendants' failure to properly account for their restricted stock units, it was not true that the Company's financial statements and reports were prepared in accordance with GAAP and SEC rules; (2) as a result of Defendants' failure to properly account for their restricted stock units, the Company's financial reports were not reliable and did not represent the true financial and operational condition of the Company; and (3) as a result of Defendants' failure to properly account for their restricted stock units, it was also not true that BKF contained adequate systems of internal and operational or financial controls, such that BKF reported financial statements were true, accurate or reliable.

On or about October 18, 2005, Defendants revealed that BKF's financial reports were not reliable and that the financial reports dating back to the beginning of 2004 would need to be restated. These disclosures caused the price of BKF shares to decline over $7.40 per share in one day, falling over 30%, and closing at just above $17.00 per share.

```
Australia 61 2 9777 8600       Brazil 5511 3048 4500     Europe 44 20 7330 7500      Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
                                                                                        17-Jul-2007 13:39:15
```

\<MENU\> to return to headlines.                                      Equity **NCN**

| Search | GO | Options | Related Info | PZM May 18 2007 21:46:32 |

Labaton Sucharow & Rudoff LLP Files Class Action Lawsuit Against        Page 3/4

Plaintiff is represented by the law firm of Labaton Sucharow & Rudoff LLP. Labaton Sucharow is one of the country's premier national law firms that represent individual and institutional investors in class action, complex securities and corporate governance litigation. The firm has been a champion of investor rights for over 40 years and has been recognized for its reputation for excellence by the courts.

If you bought BKF securities between May 10, 2004 and October 18, 2005, inclusive, you may qualify to serve as Lead Plaintiff. Lead Plaintiff papers must be filed with the court no later than sixty days from today. If you would like to consider serving as lead plaintiff or have any questions about the lawsuit, please contact one of our representatives or Christopher Keller, Esq. at 800-321-0476.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca/

*T
-0-
CONTACT: The Law Firm of Labaton Sucharow & Rudoff LLP
         Christopher Keller, Esq.

Australia 61 2 9777 8600        Brazil 5511 3048 4500        Europe 44 20 7330 7500        Germany 49 69 920410
Hong Kong 852 2977 6000  Japan 81 3 3201 8900  Singapore 65 6212 1000  U.S. 1 212 318 2000  Copyright 2007 Bloomberg L.P.
                                                                                              17-Jul-2007 13:39:15

```
<MENU> to return to headlines.                              Equity NCN
┌─────────┬──┬─────────┬──────────────┬──────────────────────────┐
│ Search  │GO│ Options │ Related Info │ PZM May 18 2007 21:46:32 │
├─────────┴──┴─────────┴──────────────┴──────────────────────────┤
│Labaton Sucharow & Rudoff LLP Files Class Action Lawsuit Against│  Page 4/4
          800-321-0476
*T


Provider ID: 00119891
-0- May/19/2007  1:46 GMT
```

Australia 61 2 9777 8600    Brazil 5511 3048 4500    Europe 44 20 7330 7500    Germany 49 69 920410
Hong Kong 852 2977 6000 Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2007 Bloomberg L.P.
                                                                                    17-Jul-2007 13:39:15