UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JOLLY ROGER OFFSHORE FUND LTD             :
and JOLLY ROGER FUND LP, Individually,    :
and On Behalf of All Others Similarly Situated, :   Electronically Filed
                                          :
            Plaintiff,                    :   Civil Action No.: 1:07-cv-03923-RWS
                                          :   (ECF Case)
     v.                                   :
                                          :   Hon. Robert W. Sweet
BKF CAPITAL GROUP, INC.,                  :
GLENN A. AIGEN and JOHN A. LEVIN,         :
                                          :
            Defendants.                   :
------------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

I, Christopher J. Keller, hereby certify, that on July 17, 2007, I electronically filed true and correct copies of the foregoing documents:

• Motion of the Jolly Roger Offshore Fund LTD and Jolly Roger Fund LP for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

• Memorandum of Law in Support of the Motion of the Jolly Roger Offshore Fund LTD and Jolly Roger Fund LP for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

• Declaration of Alan I. Ellman in Support of the Motion of the of the Jolly Roger Offshore Fund LTD and Jolly Roger Fund LP for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

aellman@labaton.com; arado@labaton.com; ckeller@labaton.com;

michael.swick@kglg.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the non-ECF participants on the attached Service List.

/s/ Christopher J. Keller
Christopher J. Keller (CK-2347)

# BKF CAPITAL GROUP, INC., SERVICE LIST

**Lewis Stephen Kahn**
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130
Tel. (504) 455-1400
Fax: (504) 455-1498


**David M. Brodsky**
Latham & Watkins LLP
885 Third Avenue
New York NY 10022-4834
Tel.: (212) 906-1628
Fax: (212) 751-4864


**Louis M. Solomon**
**Margaret A. Dale**
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900