UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLLY ROGER OFFSHORE FUND and JOLLY ROGER FUND LP, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BKF CAPITAL GROUP, INC., GLENN A. AIGEN and JOHN A. LEVIN,<br><br>    Defendants. | Case No. 07-CV-3923 (RWS)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants, Glenn A. Aigen and John A. Levin, in the above-captioned action:

      Blair Connelly (BC-0237)
      Latham & Watkins LLP
      885 Third Avenue
      New York, New York 10022
      Telephone: (212) 906-1200
      Facsimile:  (212) 751-4864

Dated:  July 20, 2007
   New York, New York      LATHAM & WATKINS LLP


              By: /s/ Blair Connelly
                 Blair Connelly (BC-0237)
                 885 Third Avenue, Suite 1000
                 New York, New York  10022
                 Telephone: (212) 906-1200
                 Facsimile: (212) 751-4864