UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLLY ROGER OFFSHORE FUND and JOLLY ROGER FUND LP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BKF CAPITAL GROUP, INC., GLENN A. AIGEN and JOHN A. LEVIN,<br><br>Defendants. | 07 Civ. 3923 (RWS)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of

Defendants, Glenn A. Aigen and John A. Levin, in the above-captioned action:

         David M. Brodsky (DB-6623)
         Latham & Watkins LLP
         885 Third Avenue
         New York, New York 10022
         Telephone: (212) 906-1200
         Facsimile:  (212) 751-4864

Dated: July 20, 2007
      New York, New York         LATHAM & WATKINS LLP

                                        By:   /s/ David M. Brodsky
                                              David M. Brodsky (DB-6623)
                                              885 Third Avenue, Suite 1000
                                              New York, New York  10022
                                              Telephone: (212) 906-1200
                                              Facsimile: (212) 751-4864