UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLLY ROGER OFFSHORE FUND and JOLLY ROGER FUND LP, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>BKF CAPITAL GROUP, INC., GLENN A. AIGEN and JOHN A. LEVIN,<br><br>　　　　　　Defendants. | Case No. 07-CV-3923 (RWS)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of

Defendants, Glenn A. Aigen and John A. Levin, in the above-captioned action:

　　　　　　　Robert J. Malionek (RM-9419)
　　　　　　　Latham & Watkins LLP
　　　　　　　885 Third Avenue
　　　　　　　New York, New York 10022
　　　　　　　Telephone: (212) 906-1200
　　　　　　　Facsimile:  (212) 751-4864

Dated:  July 20, 2007
　　　　New York, New York　　　　　　　LATHAM & WATKINS LLP


　　　　　　　　　　　　　　　　　　　By:　/s/ Robert J. Malionek
　　　　　　　　　　　　　　　　　　　　　Robert J. Malionek (RM-9419)
　　　　　　　　　　　　　　　　　　　　　885 Third Avenue, Suite 1000
　　　　　　　　　　　　　　　　　　　　　New York, New York  10022
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 906-1200
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-4864