UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOLLY ROGER OFFSHORE FUND and JOLLY ROGER FUND LP, Individually And on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BKF CAPITAL GROUP, INC., GLENN A. AIGEN and JOHN A. LEVIN,<br><br>    Defendants. | CIVIL ACTION NO. 07 CIV 3923 (KMW)<br><br><br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case for Defendant BKF Capital Group, Inc.

 I certify that I am admitted to practice in this Court.

July 25, 2007          PROSKAUER ROSE LLP

               By: /s/ Margaret A. Dale
                 Margaret A. Dale (MD-5117)
             1585 Broadway
             New York, NY 10036
             Tel: (212) 969-3000
             Fax: (212) 969-2900