UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOLLY ROGER OFFSHORE FUND and JOLLY ROGER FUND LP, Individually And on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>BKF CAPITAL GROUP, INC., GLENN A. AIGEN and JOHN A. LEVIN,<br><br>          Defendants. | CIVIL ACTION NO. 07 CIV 3923 (KMW)<br><br><br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant BKF Capital Group, Inc.

    I certify that I am admitted to practice in this Court.

July 25, 2007

PROSKAUER ROSE LLP

By: _____
Louis M. Solomon (LS-7906)
1585 Broadway
New York, NY 10036
Tel:   (212) 969-3000
Fax:  (212) 969-2900