UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOLLY ROGER OFFSHORE FUND and JOLLY
ROGER FUND LP, Individually And on Behalf
of All Others Similarly Situated,

Index No. 07 CV 3923

**AFFIDAVIT OF SERVICE**

Plaintiffs,

-against-

BKF CAPITAL GROUP, INC.,
GLENN A. AIGEN and JOHN A. LEVIN,

Defendants,
------------------------------------------------------------------X
STATE OF NEW YORK      )
                                              ss.:
COUNTY OF NEW YORK   )

Jesus Hernandez, being duly sworn, deposes and states:

1.  I am not a party to this proceeding, am over 18 years of age, and reside in Kings County, New York.

2.  On July 25, 2007 , deponent served, *NOTICE OF APPEARANCE by Louis M. Solomon and Margaret A. Dale for Defendant BKF Capital Group, Dated 7/25/07,* upon the following party at the designated address for the purpose:

Lewis S. Kahn, Esq.
Kahn, Gauthier Law Group , L.L.C.
650 Poydras Street, Suite 2150
New Orleans, LA 70130, GA  31903

3.  Said service was made by depositing true copy of document enclosed in prepaid, sealed wrapper, properly addressed to the above-named party, in a official depository under the exclusive care and custody of the United States Post Office within the state of New York.

Sworn to before me this
26th day of July, 2007

_____
Notary Public

ANTHONY LOPEZ
Notary Public, State of New York
No. 6015568
Qualified in New York County
Commission Expires Nov. 22, 2010

Jesus Hernandez
License No. 0779094

Error! Unknown document property name.