UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOLLY ROGER OFFSHORE FUND and
JOLLY ROGER FUND LP, Individually
and on Behalf of All Others Similarly
Situated,

    Plaintiffs,

vs.

BKF CAPITAL GROUP, INC., GLENN A.
AIGEN and JOHN A. LEVIN,

    Defendants.

Case No. 07-CV-3923 (Sweet, J.)

STIPULATION




IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

(1) The time for Defendants to answer, move or otherwise respond to the Complaint in this action is extended up to and including sixty (60) days after the later of: (a) a superseding or amended complaint following the consolidation of related actions (the "Consolidated Complaint") is served on all Defendants, or Plaintiffs give written notice to all parties in this action that no such Consolidated Complaint will be filed; or (b) a Lead Plaintiff and Lead Plaintiff's counsel are appointed to pursue the claims asserted in the Complaint or Consolidated Complaint.

(2) Lead Plaintiff shall have up to and including sixty (60) days from entry of an Order appointing Lead Plaintiff and Lead Plaintiff's counsel to file a Consolidated Complaint, if any.

(3) If any Defendant moves to dismiss the Complaint or Consolidated Complaint, Lead Plaintiff shall have up to and including forty-five (45) days from the service of such motion

to file and serve a response, and each Defendant shall have up to and including thirty (30) days from the service of the response to file and serve a reply.

(4) Proskauer Rose LLP will accept service of all pleadings and other papers on behalf of Defendant BKF Capital Group, Inc.

(5) Latham & Watkins LLP will accept service of all pleadings and other papers on behalf of Defendants Glenn A. Aigen and John A. Levin.

STIPULATED AND AGREED this 20th day of July, 2007.

LATHAM & WATKINS LLP

By: _____
David M. Brodsky (DB-6623)
Blair Connelly (BC-0237)
Robert J. Malionek (RM-9419)
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Counsel for Defendants Glenn A. Aigen and John A. Levin

PROSKAUER ROSE LLP

By: _____
Louis M. Solomon (LS-7906)
Margaret A. Dale (MD-5117)
1585 Broadway
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

Counsel for Defendant BKF Capital Group, Inc.

LABATON SUCHAROW & RUDOFF LLP

By: _____
Christopher J. Keller (CK-2347)
Andrei V. Rado (AR-3724)
Alan I. Ellman (AE-7347)
100 Park Avenue, 12th Floor
New York, NY 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Counsel for Plaintiffs

SO ORDERED.

Dated: July 27, 2007

_____
HONORABLE ROBERT W. SWEET
UNITED STATES DISTRICT COURT JUDGE

2

to file and serve a response, and each Defendant shall have up to and including thirty (30) days from the service of the response to file and serve a reply.

    (4) Proskauer Rose LLP will accept service of all pleadings and other papers on behalf of Defendant BKF Capital Group, Inc.

    (5) Latham & Watkins LLP will accept service of all pleadings and other papers on behalf of Defendants Glenn A. Aigen and John A. Levin.

STIPULATED AND AGREED this 20 day of July, 2007.

| LATHAM & WATKINS LLP | PROSKAUER ROSE LLP |
|---|---|
| By:_____<br>David M. Brodsky (DB-6623)<br>Blair Connelly (BC-0237)<br>Robert J. Malionek (RM-9419)<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864 | By:_____<br>Louis M. Solomon (LS-7906)<br>Margaret A. Dale (MD-5117)<br>1585 Broadway<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900 |
| Counsel for Defendants Glenn A. Aigen and John A. Levin | Counsel for Defendant BKF Capital Group, Inc. |

LABATON SUCHAROW & RUDOFF LLP

By: _/s/_____
    Christopher J. Keller (CK-2347)
    Andrei V. Rado (AR-3724)
    Alan I. Ellman (AE-7347)
    100 Park Avenue, 12th Floor
    New York, NY 10017
    Telephone: (212) 907-0700
    Facsimile: (212) 818-0477

Counsel for Plaintiffs

SO ORDERED.

Dated: July ___, 2007

                                            _____
                                            HONORABLE ROBERT W. SWEET
                                            UNITED STATES DISTRICT COURT JUDGE