UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

JOLLY ROGER OFFSHORE FUND LTD and
JOLLY ROGER FUND LP, Individually, and
On Behalf of All Others Similarly
Situated,

               Plaintiff,

  - against -

BKF CAPITAL GROUP, INC., GLENN A. AIGEN
and JOHN A. LEVIN,

               Defendants.

-------------------------------------------X

07 Civ. 3923 (RWS)

O R D E R

**Sweet, D.J.,**

     The motion of plaintiff dated July 17, 2007, will be taken on submission on Wednesday, August 8, 2007.

     It is so ordered.

**New York, NY**
**July 25, 2007**

ROBERT W. SWEET
U.S.D.J.