# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

JOLLY ROGER OFFSHORE FUND LTD and
JOLLY ROGER FUND LP, Individually, and On
Behalf of All Others Similarly Situated,

                             Plaintiff,

                    v.

BKF CAPITAL GROUP, INC.,
GLENN A. AIGEN and JOHN A. LEVIN,

                            Defendants.

---------------------------------------------------------- x

Electronically Filed

Civil Action No.: 1:07-cv-03923-RWS
(ECF Case)

Hon. Robert W. Sweet

## CERTIFICATE OF SERVICE

I, Christopher J. Keller, hereby certify, that on August 3, 2007, I electronically filed true and correct copies of the foregoing documents:

•       Notice of Non-Opposition to the Motion of the Jolly Roger Offshore Fund LTD and the Jolly Roger Fund LP for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel

with the Clerk of the Court using the ECF system which will send notification to the following:

aellman@labaton.com; arado@labaton.com; ckeller@labaton.com; michael.swick@kglg.com; lsolomon@proskauer.com; mdale@proskauer.com; blair.connelly@lw.com; david.brosdky@lw.com; robert.malionek@lw.com

and I hereby certify that I have caused true and correct copies of the foregoing documents to be served via U.S. mail to the non-ECF participant on the attached Service List.

/s/    Christopher J. Keller
Christopher J. Keller (CK-2347)

## BKF CAPITAL GROUP, INC., SERVICE LIST

**Lewis Stephen Kahn**
Kahn, Gauthier Law Group, L.L.C.
650 Poydras St.
Suite 2150
New Orleans, LA 70130
Tel. (504) 455-1400
Fax: (504) 455-1498