UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOLLY ROGER OFFSHORE FUND LTD and JOLLY ROGER FUND LP, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BKF CAPITAL GROUP, INC., GLENN A. AIGEN and JOHN A. LEVIN,<br><br>Defendants. | Civil Action No.: 1:07-cv-03923-RWS<br>(ECF Case)<br><br>Hon. Robert W. Sweet |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that effective September 1, 2007 Labaton Sucharow & Rudoff, LLP has changed its name and its office has relocated from 100 Park Avenue, New York, New York 10017 to the following:

**Labaton Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other Labaton Sucharow LLP attorneys remains unchanged. All further pleadings and correspondence in this action should be sent to this address.

Dated: New York, New York
September 28, 2007

LABATON SUCHAROW LLP

By: s/ Christopher J. Keller
Christopher J. Keller
140 Broadway
New York, New York 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Attorneys for Plaintiffs*

680611 v1
[9/4/2007 10:50]