UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
JOLLY ROGER OFFSHORE FUND LTD and : Civil Action No.: 1:07-cv-03923-RWS
JOLLY ROGER FUND LP, Individually, and On : (ECF Case)
Behalf of All Others Similarly Situated, :
: Hon. Robert W. Sweet
Plaintiff, :
:
v. :
:
BKF CAPITAL GROUP, INC., :
GLENN A. AIGEN and JOHN A. LEVIN, :
:
Defendants. :
---------------------------------------- x

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Lead Plaintiff, the Jolly Roger Offshore Fund LTD and Jolly Roger Fund LP, hereby voluntarily dismisses this action without prejudice and without costs. To date, the putative class has not been certified, none of the adverse parties have served an Answer, and no party has interposed a motion for summary judgment.

Dated: October 5, 2007

                                        **LABATON SUCHAROW LLP**

                                        By: s/ Joel H. Bernstein
                                        Joel H. Bernstein (JB-0763)
                                        Christopher J. Keller (CK-2347)
                                        140 Broadway
                                        New York, New York 10005
                                        Telephone: 212-907-0700
                                        Facsimile: 212-818-0477

                                        ***Attorneys for Lead Plaintiff***