UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JOLLY ROGER OFFSHORE FUND LTD and : Civil Action No.: 1:07-cv-03923-RWS
JOLLY ROGER FUND LP, Individually, and On : (ECF Case)
Behalf of All Others Similarly Situated, :
: Hon. Robert W. Sweet
Plaintiff, :
:
v. :
:
BKF CAPITAL GROUP, INC., :
GLENN A. AIGEN and JOHN A. LEVIN, :
:
Defendants. :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Joel H. Bernstein, hereby certify that, on October 5, 2007, I electronically filed a true and correct copy of the Notice of Voluntary Dismissal by Plaintiff with the Clerk of the Court using the ECF system, which will send notification to the following counsel of record:

| | |
|---|---|
| Louis M. Solomon | Blair G. Connelly |
| Margaret A. Dale | David M. Brodsky |
| **Proskauer Rose LLP** | Robert John Malionek |
| 1585 Broadway | **Latham & Watkins, LLP** |
| New York, NY 10036 | 885 Third Avenue, Suite 1000 |
| 212-969-3200 | New York, NY 10022 |
| Fax: 212-969-2900 | Tel: 212-906-1816 |
| | Fax: 212-751-4864 |

Michael Andrew Swick
**Kahn Gauthier Swick, LLC**
12 East 41st Street, 12th Floor
New York, NY 10017
Tel: (212) 696-3730
Fax: (504) 455-1498

I hereby further certify that I have caused a true and correct copy of the foregoing document to be served via U.S. mail to the non-ECF participant on the attached service list.

/s/  Joel H. Bernstein
Joel H. Bernstein (JB-0763)

## **SERVICE LIST**

Lewis Stephen Kahn
**Kahn Gauthier Swick, LLC**
650 Poydras St., Suite 2150
New Orleans, LA 70130
Tel: (504) 455-1400
Fax: (504) 455-1498