UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOLLY ROGER OFFSHORE FUND LTD and
JOLLY ROGER FUND LP, Individually, and On
Behalf of All Others Similarly Situated,

    Plaintiff,

v.

BKF CAPITAL GROUP, INC.,
GLENN A. AIGEN and JOHN A. LEVIN,

    Defendants.

------------------------------------x

Civil Action No.: 1:07-cv-03923-RWS
(ECF Case)

Hon. Robert W. Sweet



## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Lead Plaintiff, the Jolly Roger Offshore Fund LTD and Jolly Roger Fund LP, hereby voluntarily dismisses this action without prejudice and without costs. To date, the putative class has not been certified, none of the adverse parties have served an Answer, and no party has interposed a motion for summary judgment.

Dated: October 5, 2007

            LABATON SUCHAROW LLP

            By: s/ Joel H. Bernstein
            Joel H. Bernstein (JB-0763)
            Christopher J. Keller (CK-2347)
            140 Broadway
            New York, New York 10005
            Telephone: 212-907-0700
            Facsimile: 212-818-0477

            *Attorneys for Lead Plaintiff*

So ordered
Bruce T US DJ